# United States District Court    FILED

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

JUL 1 5 2008

### VENUE: SAN FRANCISCO

RICHARD W. WIEKING
CLE Y U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

**CR 08**

SANTISOUK TEA CHAIYASITH, a/k/a "T,"
JEFFREY CHAN,
RAYMOND ZI CHEN,
ERIC CHONG,
LOUNG CHONG, a/k/a "Jackie,"
SONGFA GONG, a/k/a "Tomato,"
KHANH HUA,
DAU DAI HUYNH, a/k/a "Michael," a/k/a "Ah Bo"
LEON KWAN, a/k/a "Ah Dann," a/k/a "Sei Gor"
LONG LAM,
WINGS LAM,
PENG XIANG LI, a/k/a "Stephen,"
WILSON LY, a/k/a "Monkey,"
MINH TRUNG NGO, a/k/a "Lucky,"
DANIEL SANG JUN PARK,
ALVIN NORMAN SIU,
QUANG TRUONG, a/k/a "W,"
MARCO VILLA,
MARCUS WOLFE.

**PJH**

**0461**

DEFENDANT(S).



# INDICTMENT

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with
Intent to Distribute 3,4 methylenedioxymethamphetamine;
21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession
with Intent to Distribute Marijuana;
21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent
to Distribute Marijuana and 3,4 methylenedioxymethamphetamine;
18 U.S.C. § 2 – Aiding and Abetting.

A true bill.

_____
                                    Foreman

Filed in open court this ___15___ day of _____

_____
                                    Clerk

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ SANTISOUK TEA CHAIYASITH

DISTRICT COURT NUMBER

CR 08    0461    PJH

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
   Court, give name of court
   San Francisco Superior Court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40. Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:                          SHOW
   ☐ U.S. Att'y ☐ Defense            DOCKET NO.
☐ this prosecution relates to a
   pending case involving this same
   defendant                          MAGISTRATE
☐ prior proceedings or appearance(s)  CASE NO.
   before U.S. Magistrate regarding
   this defendant were recorded under ▶

Name and Office of Person
Furnishing Information on
THIS FORM          JOSEPH P. RUSSONIELLO
              ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    William Frentzen

─── DEFENDANT ───

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other          ☐ Fed'l
      charges
      If answer to (6) is "Yes", show name of institution

Has detainer      ☐ Yes      If "Yes"
been filed?       ☐ No       give date
                             filed

DATE OF          Month/Day/Year
ARREST    ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

### PENALTY SHEET ATTACHMENT
### SANTISOUK TEA CHAIYASITH
### a/k/a "T"

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

COUNT TEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

┌─ OFFENSE CHARGED ─────────────────────┐

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

┌─ Name of District Court, and/or Judge/Magistrate location ─┐
NORTHERN DISTRICT OF CALIFORNIA

JUL 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

┌─ DEFENDANT - U.S. ─┐

▶ JEFFREY CHAN

DISTRICT COURT NUMBER

CR 08    0461

┌─ PROCEEDING ─────────────────────┐
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    William Frentzen

┌─ DEFENDANT ─┐

IS *NOT* IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

┌─ ADDITIONAL INFORMATION OR COMMENTS ─────────────────────┐

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount:  no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT
## JEFFREY CHAN

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

COUNT FOUR:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ RAYMOND ZI CHEN

DISTRICT COURT NUMBER

# CR 08    0461

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:                    **SHOW
                              DOCKET NO.**
☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a
pending case involving this same
defendant                     **MAGISTRATE
                              CASE NO.**
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on
THIS FORM          JOSEPH P. RUSSONIELLO
          ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)     William Frentzen

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release ~~from which district~~

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other    } ☐ Fed'l ☐ State
charges

If answer to (6) is "Yes", show name of institution

Has detainer     ☐ Yes }  If "Yes"
been filed?      ☐ No  }  give date
                          filed

**DATE OF
ARREST** ▶              Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                     or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT
## RAYMOND ZI CHEN

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute
3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) –
Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 –
Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4
methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000
fine; not less than 4 years supervised release; $100 special assessment.

COUNT ELEVEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute
3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3
years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
meanor
☑ Felony

PENALTY:

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.    JUL 1 5 2008

ERIC CHONG

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CAL...

DISTRICT COURT NUMBER

PJH

CR 08    0461

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40.  Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

}

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

}

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM        JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    William Frentzen

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show Dis...

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges

}  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?
☐ Yes
☐ No

}

If "Yes"
give date
filed

DATE OF
ARREST

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT
## ERIC CHONG

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

COUNT TWELVE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

─── DEFENDANT - U.S. ───

JUL 1 5 2008

▶ LOUNG CHONG a/k/a "Jackie"

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

**CR 08    0461**PJH

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
     was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on       } SHOW
motion of:                        DOCKET NO.
     ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a
pending case involving this same
defendant                       } MAGISTRATE
☐ prior proceedings or appearance(s)    CASE NO.
before U.S. Magistrate regarding ▶
this defendant were recorded under

Name and Office of Person
Furnishing Information on    JOSEPH P. RUSSONIELLO
THIS FORM
     ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    William Frentzen

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other } ☐ Fed'l ☐ State
      charges
      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No   } give date
                           filed

**DATE OF**     Month/Day/Year
**ARREST** ▶

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED** ▶    Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT**
**LOUNG CHONG**
**a/k/a "Jackie"**

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute
3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) –
Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 –
Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4
methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000
fine; not less than 4 years supervised release; $100 special assessment.

COUNT TWELVE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute
3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3
years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 1 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ SONGFA GONG a/k/a

DISTRICT COURT NUMBER

**CR 08    0461**

**PJH**

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

**SHOW
DOCKET NO.**

**MAGISTRATE
CASE NO.**

Name and Office of Person
Furnishing Information on
THIS FORM          JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    William Frentzen

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other
      charges          } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer    ☐ Yes      If "Yes"
been filed?     ☐ No       give date
                           filed

**DATE OF
ARREST**              Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**     Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount:  no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT**
**SONGFA GONG**
**a/k/a "Tomato"**

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

COUNT TWO:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

COUNT THREE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

COUNT FOUR:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

COUNT FIVE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

COUNT SEVEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

COUNT NINE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

COUNT THIRTEEN:

21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 18 U.S.C. § 2 – Aiding and Abetting.

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA  FILED

### OFFENSE CHARGED

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

DEFENDANT - U.S.    JUL 15 2008

KHANH HUA    RICHARD W. WIEKING
CLERK, U.S. DISTRICT C
DISTRICT COURT NUMBER  NORTHERN DISTRICT OF CALI  PJH

CR 08    0461

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or ...istrict)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  } SHOW DOCKET NO.
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  } MAGISTRATE CASE NO.

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    William Frentzen

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT
## KHANH HUA

### COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

### COUNT SIX:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

### COUNT EIGHT:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

### COUNT TEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

JUL 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PJH**

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

─── DEFENDANT - U.S. ───

DAU DAI HUYNH a/k/a "Michael,"

DISTRICT COURT NUMBER

**CR 08    0461**

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on
THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    William Frentzen

Has detainer ☐ Yes } If "Yes"
been filed? ☐ No } give date filed

**DATE OF
ARREST**    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Ball Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT
## DAU DAI HUYNH
### a/k/a "Michael"
### a/k/a "Ah Bo"

### COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

### COUNT ELEVEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; Title 18, United States Code Section 2 - Aiding & Abetting

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

PENALTY:

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:                        SHOW
    ☐ U.S. Att'y ☐ Defense       DOCKET NO.
☐ this prosecution relates to a
pending case involving this same
defendant
                                  MAGISTRATE
☐ prior proceedings or appearance(s)   CASE NO.
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on
THIS FORM          JOSEPH P. RUSSONIELLO
    ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      William Frentzen

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

LEON KWAN a/k/a "Ah Dann," a/k/a "Sei Gor"

DISTRICT COURT NUMBER

CR 08    0461

PJH

─── DEFENDANT ───

IS *NOT* IN CUSTODY
    Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
    was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other } ☐ Fed'l ☐ State
       charges
    If answer to (6) is "Yes", show name of institution

Has detainer     ☐ Yes    If "Yes"
been filed?      ☐ No     give date
                          filed

DATE OF ▶        Month/Day/Year
ARREST

    Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: no bail
    If Summons, complete following:
    ☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
    Defendant Address:                     or warrant needed, since Magistrate has scheduled arraignment

                        Date/Time:

                        Before Judge:

    Comments:

**PENALTY SHEET ATTACHMENT**
**LEON KWAN**
**a/k/a "Ah Dann"**
**a/k/a "Sei Gor"**

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

COUNT FOURTEEN:

21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 18 U.S.C. § 2 – Aiding and Abetting

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

PENALTY:

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───                    JUL 15 2008

► LONG LAM                    RICHARD W. WIEKING
                              CLERK, U.S. DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

# CR 08    0461

─────────────────── PROCEEDING ───────────────────
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
    Court, give name of court
    San Francisco Superior Court

☐ this person/proceeding is transferred from another
    district per (circle one) FRCrP 20, 21 or 40. Show
    District

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on
    motion of:              SHOW
    ☐ U.S. Att'y ☐ Defense   DOCKET NO.
☐ this prosecution relates to a
    pending case involving this same
    defendant
    prior proceedings or appearance(s)   MAGISTRATE
☐ before U.S. Magistrate regarding   CASE NO.
    this defendant were recorded under ►

Name and Office of Person
Furnishing Information on
    THIS FORM        JOSEPH P. RUSSONIELLO
                ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
    (if assigned)   William Frentzen

──────────────────── DEFENDANT ────────────────────
IS *NOT* IN CUSTODY

1) ☑ Has not been arrested, pending outcome this proceeding.
      If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release ████████████ District)
   ████████████████████████████████

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other        } ☐ Fed'l ☐ State
      charges
      If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No   } give date
                         filed

DATE OF          ► Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ► Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: no bail

    If Summons, complete following:
    ☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
    Defendant Address:                    or warrant needed, since Magistrate has scheduled arraignment

                        Date/Time:

                        Before Judge:

    Comments:

## PENALTY SHEET ATTACHMENT
## LONG LAM

### COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

### COUNT TEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:                    SHOW
  ☐ U.S. Att'y ☐ Defense     DOCKET NO.
☐ this prosecution relates to a
pending case involving this same
defendant                    MAGISTRATE
☐ prior proceedings or appearance(s)  CASE NO.
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on
THIS FORM        JOSEPH P. RUSSONIELLO
           ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    William Frentzen

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 1 5 2008

DEFENDANT - U.S.  RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

► WINGS LAM

DISTRICT COURT NUMBER

**PJH**

CR 08    0461

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
   was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other
   charges                } ☐ Fed'l ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes }   If "Yes"
been filed?     ☐ No  }   give date
                          filed

DATE OF
ARREST         Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                    or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT
## WINGS LAM

### COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

### COUNT THREE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

### COUNT THIRTEEN:

21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 18 U.S.C. § 2 – Aiding and Abetting

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─ **OFFENSE CHARGED** ─

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

─ **Name of District Court, and/or Judge/Magistrate Location** ─
NORTHERN DISTRICT OF CALIFORNIA

─ DEFENDANT - U.S. ─  *FILED*

PENG XIANG LI a/k/a "Stephen"   JUL 1 5 2008   **PJH**

DISTRICT COURT NUMBER   RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 08   **0461**

─── **PROCEEDING** ───
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   **SHOW**
☐ U.S. Att'y ☐ Defense   **DOCKET NO.**
☐ this prosecution relates to a pending case involving this same defendant   **MAGISTRATE**
☐ prior proceedings or appearance(s)   **CASE NO.**
before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on   JOSEPH P. RUSSONIELLO
THIS FORM
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   William Frentzen

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show D...)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes"
been filed?   ☐ No   give date filed

**DATE OF ARREST**   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT
## PENG XIANG LI
## a/k/a "Stephen"

### COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

### COUNT THIRTEEN:

21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 18 U.S.C. § 2 – Aiding and Abetting

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

WILSON LY a/k/a "Monkey"

DISTRICT COURT NUMBER

CR 08    0461

**PJH**

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM        JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    William Frentzen

─── DEFENDANT ───

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?   ☐ No    } give date filed

DATE OF    Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT**
**WILSON LY**
**a/k/a "Monkey"**

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

COUNT SEVEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession,with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
                ☐ SUPERSEDING

┌─ OFFENSE CHARGED ─────────────────────────
See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 1 5 2008

┌─ DEFENDANT - U.S. ─────
RICHARD W. WIEKING
U.S. DISTRICT COURT
MINH TRUNG NGO a/k/a "Lucky" NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

**PJH**

CR 08      0461

┌──────────── PROCEEDING ────────────
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State Court, give name of court
    San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
    JOSEPH P. RUSSONIELLO
    ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
    William Frentzen

┌──────────── DEFENDANT ────────────

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY ▓▓▓▓▓▓▓▓▓▓
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST     Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY     Month/Day/Year

☐ This report amends AO 257 previously submitted

┌──────── ADDITIONAL INFORMATION OR COMMENTS ────────
PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: no bail
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: _____

## PENALTY SHEET ATTACHMENT
## MINH TRUNG NGO
## a/k/a "Lucky"

### COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

With prior felony drug offense: not less than 10 years and up to life imprisonment; not more than $4,000,000 fine; not less than 8 years supervised release; $100 special assessment.

### COUNT FIVE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

With prior felony drug offense: not more than 30 years imprisonment; not more than $2,000,000 fine; not less than 6 years supervised release; $100 special assessment.

### COUNT SEVEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

With prior felony drug offense: not more than 30 years imprisonment; not more than $2,000,000 fine; not less than 6 years supervised release; $100 special assessment.

COUNT NINE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

With prior felony drug offense: not more than 30 years imprisonment; not more than $2,000,000 fine; not less than 6 years supervised release; $100 special assessment.

COUNT ELEVEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

With prior felony drug offense: not more than 30 years imprisonment; not more than $2,000,000 fine; not less than 6 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

~ OFFENSE CHARGED ~

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
meanor
☑ Felony

PENALTY:

Name of District Court, and/or Judge/Magistrate Location ──
**NORTHERN DISTRICT OF CALIFORNIA**

**FILED**

JUL 1 5 2008

┌── DEFENDANT - U.S. ──
**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
▶ DANIEL SANG JUN PARK    NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

**PJH**

# CR 08    0461

── PROCEEDING ──
Name of Complainant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:          **SHOW**
☐ U.S. Att'y ☐ Defense    **DOCKET NO.**

☐ this prosecution relates to a
pending case involving this same
defendant                **MAGISTRATE**
☐ prior proceedings or appearance(s)    **CASE NO.**
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on    JOSEPH P. RUSSONIELLO
THIS FORM
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    William Frentzen

── DEFENDANT ──

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other    } ☐ Fed'l ☐ State
charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No    } give date
filed

**DATE OF**    Month/Day/Year
**ARREST** ▶

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED** ▶    Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: no bail
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:    or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT
## DANIEL SANG JUN PARK

### COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

### COUNT FIVE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

### COUNT SEVEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

### COUNT NINE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

### COUNT THIRTEEN:

21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to

Distribute Marijuana; 18 U.S.C. § 2 – Aiding and Abetting.

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PJH**

—— OFFENSE CHARGED ——

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

—— DEFENDANT - U.S. ——

ALVIN NORMAN SIU

DISTRICT COURT NUMBER

CR 08    0461

—— PROCEEDING ——
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
William Frentzen

—— DEFENDANT ——

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

**PENALTY SHEET ATTACHMENT**
**ALVIN NORMAN SIU**

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

| BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT |
|---|
| ☐ SUPERSEDING |

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

PENALTY:

─── DEFENDANT - U.S. ───

▶ QUANG TRUONG a/k/a "W"

DISTRICT COURT NUMBER

# CR 08    0461

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
        was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release

─── PROCEEDING ───

**Name of Complaintant Agency, or Person (&Title, if any)**
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
    Court, give name of court
    San Francisco Superior Court

☐ this person/proceeding is transferred from another
    district per (circle one) FRCrP 20, 21 or 40.  Show
    District

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on
    motion of:                          **SHOW**
    ☐ U.S. Att'y ☐ Defense    **DOCKET NO.**

☐ this prosecution relates to a
    pending case involving this same
    defendant                           **MAGISTRATE**
    prior proceedings or appearance(s)   **CASE NO.**
    before U.S. Magistrate regarding
    this defendant were recorded under

**Name and Office of Person**
**Furnishing Information on**
    **THIS FORM**    JOSEPH P. RUSSONIELLO
                ☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y**
    **(if assigned)**    William Frentzen

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other     ☐ Fed'l ☐ State
        charges
    If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes     If "Yes"
been filed?     ☐ No      give date
                          filed

**DATE OF**         Month/Day/Year
**ARREST** ▶

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED** ▶     Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance      *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                        or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT
## QUANG TRUONG
### a/k/a "W"

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute
3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) –
Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 –
Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4
methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000
fine; not less than 4 years supervised release; $100 special assessment.

COUNT TWELVE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute
3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3
years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S. ---    JUL 15 2008

MARCO VILLA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.    PJH

DISTRICT COURT NUMBER

CR 08    0461

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State Court, give name of court
San Francisco Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    SHOW DOCKET NO.
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant    MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    William Frentzen

--- DEFENDANT ---

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges }  ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:
Comments:

## PENALTY SHEET ATTACHMENT
## MARCO VILLA

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

COUNT TEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

See Penalty Sheet Attachment

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
**FILED**
JUL 1 5 2008

─── **DEFENDANT - U.S.** ───
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
MARCUS WOLFE  NORTHERN DISTRICT OF CALIFORNIA
**PJH**

DISTRICT COURT NUMBER
CR 08    0461

─────────── **DEFENDANT** ───────────

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other     ☐ Fed'l  ☐ State
      charges
      If answer to (6) is "Yes", show name of Institution

─── **PROCEEDING** ───
Name of Complaintant Agency, or Person (&Title, if any)
Federal Bureau of Investigation - SA Joe Yum

☐ person is awaiting trial in another Federal or State
  Court, give name of court
  San Francisco Superior Court

☐ this person/proceeding is transferred from another
  district per (circle one) FRCrP 20, 21 or 40. Show
  District

☐ this is a reprosecution of
  charges previously dismissed          **SHOW**
  which were dismissed on               **DOCKET NO.**
  motion of:
  ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a
  pending case involving this same
  defendant                             **MAGISTRATE**
☐ prior proceedings or appearance(s)    **CASE NO.**
  before U.S. Magistrate regarding
  this defendant were recorded under

Name and Office of Person
Furnishing Information on   JOSEPH P. RUSSONIELLO
THIS FORM
          ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      William Frentzen

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No     give date
                         filed
DATE OF         Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not
                         Month/Day/Year
DATE TRANSFERRED
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─────── **ADDITIONAL INFORMATION OR COMMENTS** ───────

PROCESS:
☐ SUMMONS ☐ NO PROCESS*  ☑ WARRANT   Bail Amount:  no bail
  If Summons, complete following:
  ☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
  Defendant Address:                    or warrant needed, since Magistrate has scheduled arraignment

                         Date/Time:

                         Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT
## MARCUS WOLFE

COUNT ONE:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine

Not less than 5 years and not more than 40 years imprisonment; not more than $2,000,000 fine; not less than 4 years supervised release; $100 special assessment.

With prior felony drug offense: not less than 10 years and up to life imprisonment; not more than $4,000,000 fine; not less than 8 years supervised release; $100 special assessment.

COUNT ELEVEN:

21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting.

Not more than 20 years imprisonment; not more than $1,000,000 fine; not less than 3 years supervised release; $100 special assessment.

With prior felony drug offense: not more than 30 years imprisonment; not more than $2,000,000 fine; not less than 6 years supervised release; $100 special assessment.



1    JOSEPH P. RUSSONIELLO (CSBN 44332)
2    United States Attorney

**FILED**



JUL **1 5** 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
THERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**PJH**

**0461**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: 21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution and Possession with Intent to Distribute 3,4 methylenedioxymethamphetamine; 21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii) – Distribution and Possession with Intent to Distribute Marijuana; 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Marijuana and 3,4 methylenedioxymethamphetamine; 18 U.S.C. § 2 – Aiding and Abetting. |
| v. | |
| SANTISOUK TEA CHAIYASITH, a/k/a "T," | |
| JEFFREY CHAN, | |
| RAYMOND ZI CHEN, | |
| ERIC CHONG, | |
| LOUNG CHONG, a/k/a "Jackie," | |
| SONGFA GONG, a/k/a "Tomato," | |
| KHANH HUA, | |
| DAU DAI HUYNH, a/k/a "Michael," a/k/a "Ah Bo," | SAN FRANCISCO VENUE |
| LEON KWAN, a/k/a "Ah Dann," a/k/a "Sei Gor," | |
| LONG LAM, | |
| WINGS LAM, | |
| PENG XIANG LI, a/k/a "Stephen," | |
| WILSON LY, a/k/a "Monkey," | |
| MINH TRUNG NGO, a/k/a "Lucky," | |
| DANIEL SANG JUN PARK, | |
| ALVIN NORMAN SIU, | |
| QUANG TRUONG, a/k/a "W," | |
| MARCO VILLA, | |
| MARCUS WOLFE, Defendants. | |





1          INDICTMENT

2     The Grand Jury charges:

3     COUNT ONE 

4          Beginning at a time unknown to the Grand Jury, but no later than April 2007, and continuing

5     thereafter up to and including July 15, 2008, in the Northern District of California and elsewhere,

6     the defendants,

7                         SANTISOUK TEA CHAIYASITH,
                                    a/k/a "T,"
8                              JEFFREY CHAN,
                              RAYMOND ZI CHEN,
9                               ERIC CHONG,
                                LOUNG CHONG,
10                             a/k/a "Jackie,"
                               SONGFA GONG,
11                             a/k/a "Tomato,"
                                KHANH HUA,
12                            DAU DAI HUYNH,
                              a/k/a "Michael,"
13                             a/k/a "Ah Bo,"
                                LEON KWAN,
14                            a/k/a "Ah Dann,"
                               a/k/a "Sei Gor,"
15                              LONG LAM,
                                WINGS LAM,
16                            PENG XIANG LI,
                              a/k/a "Stephen,"
17                              WILSON LY,
                               a/k/a "Monkey,"
18                           MINH TRUNG NGO,
                               a/k/a "Lucky,"
19                         DANIEL SANG JUN PARK,
                             ALVIN NORMAN SIU,
20                            QUANG TRUONG,
                                  a/k/a "W,"
21                           MARCO VILLA, and
                              MARCUS WOLFE,

22    and others known and unknown to the Grand Jury, knowingly and intentionally conspired to

23    possess with intent to distribute and to distribute the following:

24    (1) mixtures and substances containing a detectable amount of 3,4

25    methylenedioxymethamphetamine (MDMA), also known as ecstasy, a Schedule I controlled

26    substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C), and

27    (2) 100 or more marijuana plants, a Schedule I controlled substance, in violation of Title 21,

28    United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

INDICTMENT                              2

All in violation of Title 21, United States Code, Section 846.

COUNT TWO

On or about April 25, 2007, in the Northern District of California, the defendant,

SONGFA GONG,
a/k/a "Tomato,"

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I

controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4

methylenedioxymethamphetamine (MDMA), also known as ecstasy, in violation of Title 21,

United States Code, Section 841(a)(1) & (b)(1)(C).

COUNT THREE

On or about May 9, 2007, in the Northern District of California, the defendants,

SONGFA GONG,
a/k/a "Tomato," and
WINGS LAM,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I

controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4

methylenedioxymethamphetamine (MDMA), also known as ecstasy, and did aid and abet in the

same, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C) and Title 18,

United States Code, Section 2.

COUNT FOUR

On or about May 30, 2007, in the Northern District of California, the defendants,

JEFFREY CHAN, and
SONGFA GONG,
a/k/a "Tomato,"

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I

controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4

methylenedioxymethamphetamine (MDMA), also known as ecstasy, and did aid and abet in the

same, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C) and Title 18,

United States Code, Section 2.

INDICTMENT                                    3

COUNT FIVE

On or about July 24, 2007, in the Northern District of California, the defendants,

SONGFA GONG,
a/k/a "Tomato,"
MINH TRUNG NGO,
a/k/a "Lucky," and
DANIEL SANG JUN PARK,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4 methylenedioxymethamphetamine (MDMA), also known as ecstasy, and did aid and abet in the same, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT SIX

On or about November 7, 2007, in the Northern District of California, the defendant,

KHANH HUA,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4 methylenedioxymethamphetamine (MDMA), also known as ecstasy, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

COUNT SEVEN

From on or about November 9, 2007, up to and including on or about November 10, 2007, in the Northern District of California, the defendants,

SONGFA GONG,
a/k/a "Tomato,"
WILSON LY,
a/k/a "Monkey,"
MINH TRUNG NGO,
a/k/a "Lucky," and
DANIEL SANG JUN PARK,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4 methylenedioxymethamphetamine (MDMA), also known as ecstasy, and did aid and abet in the same, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C) and Title 18, United States Code, Section 2.

INDICTMENT                                    4

COUNT EIGHT

On or about November 15, 2007, in the Northern District of California, the defendant,

KHANH HUA,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4 methylenedioxymethamphetamine (MDMA), also known as ecstasy, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C).

COUNT NINE

On or about November 30, 2007, in the Northern District of California, the defendants,

SONGFA GONG,
a/k/a "Tomato,"
MINH TRUNG NGO,
a/k/a "Lucky," and
DANIEL SANG JUN PARK,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4 methylenedioxymethamphetamine (MDMA), also known as ecstasy, and did aid and abet in the same, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT TEN

On or about December 6, 2007, in the Northern District of California, the defendants,

SANTISOUK TEA CHAIYASITH,
a/k/a "T,"
KHANH HUA,
LONG LAM, and
MARCO VILLA,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4 methylenedioxymethamphetamine (MDMA), also known as ecstasy, and did aid and abet in the same, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C) and Title 18, United States Code, Section 2.

INDICTMENT                                    5

COUNT ELEVEN

From on or about April 5, 2008, up to and including on or about April 7, 2008, in the Northern District of California, the defendants,

RAYMOND ZI CHEN,
DAU DAI HUYNH,
a/k/a "Michael,"
a/k/a "Ah Bo,"
MINH TRUNG NGO,
a/k/a "Lucky,"
MARCUS WOLFE,

did knowingly and intentionally distribute and possess with intent to distribute a Schedule I controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4 methylenedioxymethamphetamine (MDMA), also known as ecstasy, and did aid and abet in the same, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT TWELVE

From on or about May 26, 2008, up to and including on or about May 27, 2008, in the Northern District of California and elsewhere, the defendants,

ERIC CHONG,
LOUNG CHONG,
a/k/a "Jackie," and
QUANG TRUONG,
a/k/a "W,"

and others known and unknown to the Grand Jury, did knowingly and intentionally distribute and possess with intent to distribute a Schedule I controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4 methylenedioxymethamphetamine (MDMA), also known as ecstasy, and did aid and abet in the same, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(C) and Title 18, United States Code, Section 2.

COUNT THIRTEEN

Beginning at a time unknown to the Grand Jury, but no later than November of 2007 and continuing up to and including on or about April 14, 2008, in the Northern District of California and elsewhere, the defendants,

SONGFA GONG,
a/k/a "Tomato,"
WINGS LAM,
PENG XIANG LI,

INDICTMENT                                6

a/k/a "Sei Gor,"
LONG LAM,
WINGS LAM,
PENG XIANG LI,
a/k/a "Stephen,"
WILSON LY,
a/k/a "Monkey,"
MINH TRUNG NGO,
a/k/a "Lucky,"
DANIEL SANG JUN PARK,
ALVIN NORMAN SIU,
QUANG TRUONG,
a/k/a "W,"
MARCO VILLA, and
MARCUS WOLFE,

shall forfeit to the United States all right, title and interest in property constituting and derived from any proceeds, defendants obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

3. If, as a result of any act or omission of the defendants, any of said property

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

//
//
//

INDICTMENT      8

1   any and all interest defendants have in any other property (not to exceed the value of the above

2   forfeitable property) shall be forfeited to the United States.

3       All in violation of 21 U.S.C.§§ 853(a)(1) and (2), (p) and Rule 32.2 of the Federal Rules

4   of Criminal Procedure.

5

6   DATED:                              A TRUE BILL.

7

8       7/15/08                         _Anyelaedermental_
                                        FOREPERSON
9

10  JOSEPH P. RUSSONIELLO
    United States Attorney
11

12

13  BRIAN J. STRETCH
    Chief, Criminal Division
14

15  (Approved as to form: _____
                          AUSA William Frentzen
16

17

18

19

20

21

22

23

24

25

26

27

28

    INDICTMENT                          9