1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

3

4  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorney

5  450 Golden Gate Avenue
   San Francisco, Ca. 94102
6  Telephone: (415) 436-6959
   Facsimile: (415) 436-6753
7  E-mail: William.Frentzen@usdoj.gov

8  Attorneys for Plaintiff

FILED
JUL 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,           No. CR 08-461 PJH

13        Plaintiff,                    MOTION TO SEAL INDICTMENT

14     v.

15  SANTISOUK TEA CHAIYASITH,
16     a/k/a "T,"
    JEFFREY CHAN,
17  RAYMOND ZI CHEN,
    ERIC CHONG,
18  LOUNG CHONG,
19     a/k/a "Jackie,"
    SONGFA GONG,
20     a/k/a "Tomato,"
    KHANH HUA,
21  DAU DAI HUYNH,
       a/k/a "Michael,"
22     a/k/a "Ah Bo,"
    LEON KWAN,
23     a/k/a "Ah Dann,"
       a/k/a "Sei Gor,"
24  LONG LAM,
    WINGS LAM,
25  PENG XIANG LI,
       a/k/a "Stephen,"
26  WILSON LY,
       a/k/a "Monkey,"
27  MINH TRUNG NGO,
       a/k/a "Lucky,"
28  DANIEL SANG JUN PARK,
    ALVIN NORMAN SIU,

Motion to Seal Indictment
                                1

| | |
|---|---|
| 1 | QUANG TRUONG, a/k/a "W," |
| | MARCO VILLA, |
| 2 | MARCUS WOLFE, |
| 3 | Defendants. |

The United States hereby moves for an Order of this Court to seal the Indictment returned on July 15, 2008, in this case, as well as this Motion and any resulting Order.

The government has engaged in a lengthy investigation of numerous individuals involved in narcotics trafficking of ecstasy and marijuana in the Bay Area. In total, there are currently approximately 20 related potential targets revealed by the investigation of FBI San Francisco and the United States Attorney's Office in the Northern District of California. The targets revealed by the local investigation are related, however, to many more targets of current investigations being conducted in Sacramento, California; Los Angeles, California; and Denver, Colorado. Each of the investigations has involved interceptions of wire communications pursuant to Title III court authorizations. Many of the targets in the different areas communicate with one another via telephone and otherwise.

Exposure of the prior existence of the wiretaps and the Indictment in the Bay Area would necessarily expose and frustrate the purposes of the ongoing investigations in San Francisco and elsewhere. The government envisions making federal arrests on July 16, 2008, so the existence of the wiretaps and the Indictment will not be known until that date.

For the reasons stated above, the government hereby respectfully requests that the Court issue an Order placing under seal the Indictment in this case returned on July 15, 2008; this motion; and any resulting Orders by the Court until further Order of the Court.

Dated: July 15, 2008.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

WILLIAM FRENTZEN
Assistant United States Attorneys

Motion to Seal Indictment

2