1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

3
4  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorney

5  450 Golden Gate Avenue
   San Francisco, Ca. 94102
6  Telephone: (415) 436-6959
   Facsimile: (415) 436-6753
7  E-mail: William.Frentzen@usdoj.gov

8  Attorneys for Plaintiff

FILED
JUL 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,           CR No. 08-461 PJH

13        Plaintiff,                    [PROPOSED] ORDER TO SEAL

14  v.

15  SANTISOUK TEA CHAIYASITH,
        a/k/a "T,"
16  JEFFREY CHAN,
    RAYMOND ZI CHEN,
17  ERIC CHONG,
    LOUNG CHONG,
18      a/k/a "Jackie,"
    SONGFA GONG,
19      a/k/a "Tomato,"
    KHANH HUA,
20  DAU DAI HUYNH,
        a/k/a "Michael,"
21      a/k/a "Ah Bo,"
    LEON KWAN,
22      a/k/a "Ah Dann,"
        a/k/a "Sei Gor,"
23  LONG LAM,
    WINGS LAM,
24  PENG XIANG LI,
        a/k/a "Stephen,"
25  WILSON LY,
        a/k/a "Monkey,"
26  MINH TRUNG NGO,
        a/k/a "Lucky,"
27  DANIEL SANG JUN PARK,
    ALVIN NORMAN SIU,
28  QUANG TRUONG,

[Proposed] Order to Seal

1

|   |   |
|---|---|
| 1 | a/k/a "W," MARCO VILLA, |
| 2 | MARCUS WOLFE, Defendants. |

3  Upon consideration of the Government's Motion to Seal Search Indictment, good cause being

4  shown therefor,

5  IT IS HEREBY ORDERED, that the following documents will be filed under seal and

6  remain under seal until further order of this Court:

7  the Indictment in this case, returned on July 15, 2008; the Government's Motion to File Under

8  Seal; and this Order.

9  SO ORDERED, this **15** day of **July**, 2008.

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

[Proposed] Order to Seal

2