1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | WILLIAM FRENTZEN (LABN 24421)
Assistant U.S. Attorney

5

6 | 450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-6959

7 | Facsimile: (415) 436-6753
E-mail: william.frentzen@usdoj.gov

8

Attorneys for the United States

9

FILED
08 JUL 16 PM 2:59
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08 00461 PJH |
| Plaintiff, | |
| v. | UNITED STATES' MOTION TO UNSEAL AND [PROPOSED] ORDER |
| SANTISOUK TEA CHAIYASITH, a/k/a "T," JEFFREY CHAN, RAYMOND ZI CHEN, ERIC CHONG, LOUNG CHONG, a/k/a "Jackie," SONGFA GONG, a/k/a "Tomato," KHANH HUA, DAU DAI HUYNH, LEON KWAN, LONG LAM, WINGS LAM, PENG XIANG LI, a/k/a "Stephen," WILSON LY, a/k/a "Monkey," MINH TRUNG NGO, a/k/a "Lucky," DANIEL SANG JUN PARK, ALVIN NORMAN SIU, QUANG TRUONG, a/k/a "W," | |

UNITED STATES' MOTION TO UNSEAL AND [PROPOSED ORDER]
CR 08 00461 PJH

```
 1 | MARCO VILLA,                    )
   | MARCUS WOLFE,                   )
 2 |                                 )
   |                                 )
 3 |       Defendant.                )
   |                                 )
 4 | _____ )
```

5  During the arraignment in this matter the government neglected to unseal the Indictments
6  in this matter. We respectfully request the Indictments be unsealed.

8                                              Respectfully Submitted,
                                               JOSEPH P. RUSSONIELLO
9                                              UNITED STATES ATTORNEY

10  Date: July 16, 2008

11                                             _____
                                               WILLIAM FRENTZEN
                                               Assistant U.S. Attorney
12

14      SO ORDERED, this /6 ___ day of July ___, 2008.

17                                             _____
                                               HON. MARIA-ELENA JAMES
                                               UNITED STATES MAGISTRATE JUDGE
18                                             NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES' MOTION TO UNSEAL AND [PROPOSED ORDER]
CR 08 00461 PJH                           2