JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone:  (415) 436-6959
    Facsimile:   (415) 436-6753
    E-Mail:       william.frentzen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00461 PJH |
| Plaintiff, ) | **GOVERNMENT'S MOTION TO STAY RELEASE OF LONG LAM PENDING APPEAL, FOR CLARIFICATION OF BOND, AND [PROPOSED] ORDER** |
| v. ) | |
| SANTISOUK T. CHAIYASITH, et. al., ) | Hon. Maria-Elena James |
| Defendants. ) | |

**INTRODUCTION AND ARGUMENT**

The government moved to detain defendant Long Lam. On July 23, 2008, this Court held a detention hearing. At the conclusion of the detention hearing, the Court ordered that Lam would be released with the posting of a $300,000 bond secured by property. The government was concerned by the Court's Order because the property which Lam seeks to post is only estimated to have only approximately $40,000 in equity and because the government believed that Lam should be detained. The government sought review of the Court's Order by the District Court. This Court ordered that defendant Lam would be held until the afternoon of July 30, 2008, permitting some time for the District Court to conduct a review. On July 25, 2008, the government filed an appeal with the District Court and sought to have the matter heard on July 30, 2008. Undersigned government counsel was notified on July 28, 2008, that the District Court

1  desires a written response from defense counsel and will be unable to hear the matter until
2  August 6, 2008. For this reason, the government now seeks to have Lam's release delayed to the
3  end of the day on August 6, 2008, to permit the District Court's review of the matter.
4      The statutory scheme regarding detention and release does not make reference to an amount
5  of time during which a defendant may be detained pending review of an order of release. The
6  statute simply indicates that any review "motion shall be determined promptly." 18 U.S.C. §
7  3145(a). In the view of the government, in light of the District Court's desire for a written
8  response to the government's appeal, the Court is dealing with the motion "promptly" and
9  defendant should be detained until the matter is properly resolved.
10     Furthermore, as of the filing of this Motion, the property has not been presented to the
11 government. Therefore, the government is not sure what equity, if any, actually exists in the
12 property which defendant Lam seeks to post. The government understood that the Court's Order
13 required that defendant Lam secure the entire $300,000 amount of the bond with property.
14 Defense counsel insists that, regardless of the actual equity in the property sought to be posted,
15 that the posting of that property is sufficient to satisfy the bond. Defense counsel has represented
16 a belief that the property has approximately $40,000 in value. That amount is woefully short, in
17 the judgment of the government, to secure the appearance and conduct of a defendant such as
18 Lam. The posting of a property which is of close to no value – and certainly may be of no value
19 very soon given the current volatility of housing prices – is akin to an unsecured bond.
20 Therefore, the government is also seeking a clarification from the Court as to the amount of the
21 $300,000 which must be secured.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**CONCLUSION**

For the reasons stated herein, the government respectfully submits that defendant Lam should be detained pending the outcome of the District Court's decision on August 6, 2008. Further, the government would request clarification regarding the amount of the $300,000 bond which the Court desires secured by property.

DATED: July 28, 2008                    Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney


                                         _____/s/_____
                                         WILLIAM FRENTZEN
                                         Assistant United States Attorneys

Upon consideration of the Government's Motion to Stay Release of Defendant Long Lam Pending Appeal and for Clarification of Bond, any opposition thereto, good cause appearing therefor, it is HEREBY ORDERED, that the release order of Long Lam is hereby stayed until August 6, 2008, at 4:00 p.m., pending the outcome of the government's Appeal.

It is further clarified that the Release Order as to defendant Long Lam requires a $300,000 bond secured by _____ value in property.

SO ORDERED, this _____ day of _____, 2008.


                                         _____
                                         Hon. Maria-Elena James
                                         United States Magistrate Judge