1  ERIK G. BABCOCK, Bar No. 172517
   LAW OFFICES OF ERIK BABCOCK
2  1212 Broadway, Suite 726
   Oakland, CA 94612-3423
3  (510) 452-8400 Tel
   (510) 452-8405 Fax
4
   Attorney for the Defendant
5  LONG LAM

6

7

8
                IN THE UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,    ) No. CR 08-0461 PJH (MEJ)
11                              )
             Plaintiff,         ) **STIPULATION AND PROPOSED ORDER**
12                              ) **MODIFYING HOURS OF RELEASE FOR**
   v.                           ) **WORK FOR DEFENDANT LONG LAM**
13                              )
   LONG LAM, et al.,            )
14                              ) Hon. Maria Elena James
                                )
15           Defendants.        )

16      On August 7, 2008, after Judge Hamilton allowed Mr. Lam to be

17 released, this Court signed the bond releasing Mr. Lam on certain

18 conditions. In particular, he was placed on electronic home

19 monitoring and allowed to leave his home only to run his Oakland

20 restaurant. Because the Marshal's did not bring him to court that

21 day, however, Mr. Lam was not present in court when the work hours

22 were determined. Therefore, defense counsel did not know the peak

23 business hours before discussing the hours with Pretrial Services

24 and agreeing that Mr. Lam should be allowed to work from 11:00 a.m.

25 to 7:00 p.m. The court adopted those work hours when it signed the

26 bond.

27      As it turns out, the vast majority of customers who dine at

28 Stipulation and Proposed Order
   Modifying Hours of Release for Work
   United States v. Long Lam,
   No. CR 08-0461 PJH (MEJ)

1  Mr. Lam's restaurant come for dinner during the evening hours.
2  Therefore, as currently scheduled, in order to get home before 7:00
3  pm, Mr. Lam must leave the restaurant when his business is just
4  starting its busiest period.
5       Therefore, IT IS HEREBY STIPULATED between the parties, with
6  the concurrence of Pretrial Services, that the hours during which
7  Mr. Lam may be released for work can be changed to 2:00 p.m. to
8  10:00 p.m. so that he can be at work during it busiest hours.

**SO STIPULATED.**

DATED: August 18, 2008   By:  /S/
                              WILLIAM FRENTZEN
                              Assistant U.S. Attorney


DATED: August 18, 2008   By:  /S/
                              ERIK BABCOCK
                              Attorney for Defendant


**SO ORDERED.**


DATED:
                              Hon. Maria-Elena James
                              U.S. MAGISTRATE JUDGE

Stipulation and Proposed Order
Modifying Hours of Release for Work
United States v. Long Lam,
No. CR 08-0461 PJH (MEJ)                                  Page 2 of  2